# GLOBAL STATEMENT OF FACTS
# INDEX OF EXHIBITS

*Johnson v. City of Mesa, et al.*

Case No. 2:19-cv-02827-JAT-JBZ

| | |
|---|---|
| 1 | Audio of 911 Call (Non-Electronic) |
| 2 | Jones AXON Video (Non-Electronic) |
| 3 | Computer Aided Dispatch |
| 4 | Audio Track 2-Radio Central (Non-Electronic) |
| 5 | HotTone Radio (Non-Electronic) |
| 6 | Deposition of Officer Jones |
| 7 | Calderon AXON Video (Non-Electronic) |
| 8 | Bridges AXON Video (Non-Electronic) |
| 9 | Jones Police Report |
| 10 | Apartment Surveillance (Non-Electronic) |
| 11 | Deposition of Johnson |
| 12 | Deposition of Officer Calderon |
| 13 | Monarrez AXON Video (Non-Electronic) |
| 14 | Photos of Plaintiff |
| 15 | Banner Desert Radiology reports |
| 16 | Deposition of Office Monarrez |
| 17 | Officer Calderon Interview |
| 18 | Affidavit of Timothy Walker |
| 19 | Officer Calderon's Training Matrix |
| 20 | Officer Jones' Training Matrix |
| 21 | Officer Monarrez's Training Matrix |

| | |
|---|---|
| 22 | Deposition of Timothy Walker |
| 23 | Policy DPM 2.1.45, Use of Force Reporting Protocols |
| 24 | Deposition of Robert Christopher Rash |
| 25 | Deposition of Ramon Batista |
| 26 | Concise Employee History for Police Officer Jhonte L. Jones |
| 27 | Concise Employee History for Police Officer Ernesto L. Calderon |
| 28 | Concise Employee History for Police Officer Rudy A. Monarrez |
| 29 | Policy DPM 2.1.5, Use of Force |
| 30 | General Records Retention Schedule Issued to: All Public Bodies, Law Enforcement Records |
| 31 | Policy DPM 1.4.25, Professional Standards |
| 32 | Certificate of Records Destruction 2014 |
| 33 | Certificate of Records Destruction 2016 |