*Johnson v. City of Mesa, et al.*
**Case No. 2:19-cv-02827-JAT-JZB**

**Exhibits to Plaintiff's Separate Statement of Facts
in Support of Motion for Partial Summary Judgment
Re: The Officer Defendants' Affirmative Defenses**

| Description | Exhibit |
|---|:---:|
| CAD History | 1 |
| Non-Electronic - Security Video | 2 |
| Non-Electronic - Ernesto Calderon Axon Video | 3 |
| Jhonte Jones Deposition Transcript Excerpts | 4 |
| Non-Electronic - Rudy Monarrez Axon Video | 5 |
| Ernesto Calderon Deposition Transcript Excerpts | 6 |
| Robert Johnson Deposition Transcript Excerpts | 7 |
| Rudy Monarrez Deposition Transcript Excerpts | 8 |
| Mesa Arrest Booking Record | 9 |
| State's Motion to Dismiss | 10 |

**EXHIBIT 1**

***TO BE RELEASED ONLY BY RECORDS***
Thursday, May 16, 2019 10:35 AM
**Document Owner: P14009**
CAD HISTORY INQUIRY SELECTION DETAIL
EVENT NO: 20181430828    AGENCY: MP    CASE NO: 20181430828

| **Initiate:** | **Event Number:** | **Agency:** | **Entry:** |
|---|---|---|---|
| 23:44:16 | 20181430828 | MP | 23:44:58 05/23/2018 |

| **Current Status:** | **Dispatch:** | **Primary Unit:** | **Officer:** |
|---|---|---|---|
| CLOSED-DISPO | 23:46:01 05/23/2018 | 2A34 | 16927 |

| **Enroute Time:** | **Onscene Time:** | **Cleared Time:** |
|---|---|---|
| 23:46:15 | 23:51:15 | 11:01:42 |

| **Case Number:** | **Xref Event Number:** | **Dispositions:** |
|---|---|---|
| 20181430828 | 20181440023 | DC1 |

---

| | **Hzd** | **No.** | **Dir.** | **Street Name** | **Apt.** | **Grid** | **Priors** | **Loc. Type** |
|---|---|---|---|---|---|---|---|---|
| **Dispatch Loc:** | | 701 | E | MAIN ST | 307 | AA12 | 033 | N |
| **Event Loc:** | | 701 | E | MAIN ST | 307 | AA12 | 033 | N |

---

| **Event Type:** | | **Final Type:** |
|---|---|---|
| 420 FAMILY FIGHT | | 420 FAMILY FIGHT |

| **D-Area:** | **Home D-Area:** | **No. of Units:** | **Init Type:** |
|---|---|---|---|
| P2 | P2 | | CLOSED EVENT |

| **Sub-Type:** | | **E911:** |
|---|---|---|
| E (CHANGED) | | |

| **Beat:** | **Elapsed Time -** | **Elapsed Time -** |
|---|---|---|
| 34 | **Enroute:** | **Onscene:** |
| | 00:05:00 | 11:10:27 |

| **Jurisdiction - Case:** | **Jurisdiction -** | **Report Processed:** |
|---|---|---|
| | **Event:** | PEN |

**EVENT COMMENTS:**

| DATE | TIME | TERMINAL | STATUS | COMMENTS |
|---|---|---|---|---|
| 05/23/2018 | 23:44:58 | cad134 | ENTRY | Event entered by: P17102 from terminal: cad134. Initial comment: SPECIAL ADDRESS COMMENT: Grid:BA12 Plat:37 Blk: 0S RP'S GIRLFRIEND EX BOYF IS AT DISP LOC ...BEING VERBAL /PHYSCIAL ./..NKI.NKW |
| 05/23/2018 | 23:44:58 | cad134 | CASE | P20181430828 |
| 05/23/2018 | 23:44:58 | cad134 | PRIOR | 33 |
| 05/23/2018 | 23:44:59 | vma01-pd | MISC | ** LOI search completed at 05/23/18 23:44:59 |
| 05/23/2018 | 23:45:25 | cad102 | MISC | OFCR SAFETY UNIT #106 |
| 05/23/2018 | 23:45:40 | cad134 | MISC | EX LEFT 3 AGO ...LEFT ON FOOT ...UNK DOT |
| 05/23/2018 | 23:45:57 | cad134 | MISC | +++RP HAS A 422 ...NO 414S |
| 05/23/2018 | 23:46:01 | cad102 | DISPATCH | 1A32 |
| 05/23/2018 | 23:46:01 | cad102 | BADGES | OFF 1: 11836 - CALDERON, ERNESTO |
| 05/23/2018 | 23:46:02 | cad102 | DISPATCH | 2A32 |
| 05/23/2018 | 23:46:02 | cad102 | BADGES | OFF 1: 21672 - MONARREZ, RUDY |
| 05/23/2018 | 23:46:02 | cad102 | PRI UNIT | 1A32 |
| 05/23/2018 | 23:46:05 | cad102 | MISC | 2A32 1A32 |
| 05/23/2018 | 23:46:15 | $1A32 | ENROUTE | 1A32 |
| 05/23/2018 | 23:46:16 | cad134 | MISC | IT IS ON THE KITCHEN COUNTER |
| 05/23/2018 | 23:46:46 | cad134 | MISC | EX SAID HE WAS LUCKY THAT HE DID NOT HAVE HIS STRAP (GUN ) |
| 05/23/2018 | 23:46:53 | cad134 | MISC | EX HAD THE KEYS TO GET IN |

| 05/23/2018 | 23:47:12 | cad134 | MISC | EX IS NOT WITH RP NOW BUT UNK IF HE IS CLOSE OR NOT |
| 05/23/2018 | 23:47:20 | $2A32 | ENROUTE | 2A32 |
| 05/23/2018 | 23:47:48 | cad134 | MISC | EX IS HM...22 YO ...LSW/BLK JACKET/ SHORTS |
| 05/23/2018 | 23:47:58 | cad134 | MISC | NOW SAYING GRY SHORTS |
| 05/23/2018 | 23:48:23 | cad134 | MISC | 508/170...BLK MED LENGTH HAIR |
| 05/23/2018 | 23:48:55 | cad134 | MISC | EX IS ERICK REYES ...DOB/▇▇▇▇ |
| 05/23/2018 | 23:49:03 | cad134 | MISC | NO GATE CODE |
| 05/23/2018 | 23:49:23 | cad134 | MISC | NO VEH OR BIKE ACCESS ...UNK IF HE GOT A RIDE |
| 05/23/2018 | 23:50:13 | cad134 | MISC | ++++++++EX IS BACK AND FORCING HIS WAY IN UNK IF HE HAS HIS GUN ...RP GETTING HIS UPGRADING |
| 05/23/2018 | 23:50:17 | cad134 | MISC | ** Event Type changed from 420(1) to 420(E) at: 05/23/18 23:50:17 |
| 05/23/2018 | 23:50:17 | cad134 | MISC | ** >>>> by: JULIE L. ROSA on terminal: cad134 |
| 05/23/2018 | 23:50:18 | cad134 | MISC | ** Event Priority changed from 4 to 3 at: 05/23/18 23:50:18 |
| 05/23/2018 | 23:50:18 | cad134 | MISC | ** >>>> by: JULIE L. ROSA on terminal: cad134 |
| 05/23/2018 | 23:50:24 | cad134 | MISC | RP CAN NOT LOCK HIMSELF IN THE ROOM |
| 05/23/2018 | 23:50:33 | cad134 | MISC | 3 JUVS SLEEPING |
| 05/23/2018 | 23:50:53 | cad102 | DISPATCH | 2A34 |
| 05/23/2018 | 23:50:53 | cad102 | BADGES | OFF 1: 16927 - JONES, JHONTE |
| 05/23/2018 | 23:50:55 | cad102 | DISPATCH | S32 |
| 05/23/2018 | 23:50:55 | cad102 | BADGES | OFF 1: 14192 - MOORE, GRETCHEN |
| 05/23/2018 | 23:50:55 | cad134 | MISC | EX IS STILL OUTSIDE |
| 05/23/2018 | 23:51:11 | cad134 | MISC | THE GUN IS STILL ON THE COUNTER |
| 05/23/2018 | 23:51:15 | $2A34 | ONSCENE | 2A34 |
| 05/23/2018 | 23:51:18 | cad102 | MISC | KICKED TO HOT |
| 05/23/2018 | 23:51:21 | cad102 | DISPATCH | L21 |
| 05/23/2018 | 23:51:21 | cad102 | BADGES | OFF 1: 16729 - STIERS, DAVID |
| 05/23/2018 | 23:51:24 | cad134 | MISC | EX IS STILL OUTSIDE |
| 05/23/2018 | 23:51:25 | cad102 | DISPATCH | 2A35 |
| 05/23/2018 | 23:51:25 | cad102 | BADGES | OFF 1: 19200 - WILCOX, CHRISTINA |
| 05/23/2018 | 23:51:29 | $S31 | DISPATCH | S31 |
| 05/23/2018 | 23:51:29 | $S31 | BADGES | OFF 1: 19170 - GAMBEE, ROBERT |
| 05/23/2018 | 23:51:29 | $S31 | BADGES | OFF 2: 12348 - ABBIATTI II, WILLIAM |
| 05/23/2018 | 23:51:29 | $2A35 | ENROUTE | 2A35 |
| 05/23/2018 | 23:51:30 | cad102 | DISPATCH | 1A36 |
| 05/23/2018 | 23:51:30 | cad102 | BADGES | OFF 1: 16249 - BRIDGES, EDWARD |
| 05/23/2018 | 23:51:35 | $S31 | ENROUTE | S31 |
| 05/23/2018 | 23:51:38 | $1A36 | ENROUTE | 1A36 |
| 05/23/2018 | 23:51:42 | $S32 | ENROUTE | S32 |
| 05/23/2018 | 23:51:44 | cad134 | MISC | UNK IF EX HAS HIS WEAPON |
| 05/23/2018 | 23:52:12 | $2A35 | MISC | Unit [2A35] Inf Issue Qry 0:DQP..AZ.OLN/▇▇▇▇▇▇ |
| 05/23/2018 | 23:52:17 | cad134 | MISC | EX IS KICKING THE DOOR |
| 05/23/2018 | 23:52:30 | cad105 | ONSCENE | 1A32 |
| 05/23/2018 | 23:52:31 | cad105 | ONSCENE | 2A32 |
| 05/23/2018 | | | | |

| | | | |
|---|---|---|---|
| | 23:52:41 | cad134 | MISC | ++=BM IS WITH HIM IT IS EX'S FRIEND |
| 05/23/2018 | 23:53:02 | cad134 | MISC | NO DESC ON FRIEND |
| 05/23/2018 | 23:53:03 | $1A36 | ONSCENE | 1A36 |
| 05/23/2018 | 23:53:05 | cad105 | MISC | 1A32--OUT WITH A MALE AND NOTHER SUBJ ON 3RD FLOOR |
| 05/23/2018 | 23:53:34 | cad105 | MISC | SW CORNER OF BLDG 3RD FLOOR RIGHT OFF ELEVATOR |
| 05/23/2018 | 23:53:49 | cad134 | MISC | ++RP'S 422 IS STILL ON THE KITCHEN COUNTER |
| 05/23/2018 | 23:53:54 | $S31 | ONSCENE | S31 |
| 05/23/2018 | 23:53:54 | cad105 | MISC | COPY |
| 05/23/2018 | 23:54:13 | cad105 | MISC | KEEP RP ON THE 21 FOR INSTRUCTIONS |
| 05/23/2018 | 23:54:19 | cad134 | MISC | I AM |
| 05/23/2018 | 23:54:24 | cad105 | MISC | THX |
| 05/23/2018 | 23:55:15 | cad105 | MISC | S31--CUT UNITS BACK |
| 05/23/2018 | 23:56:00 | $S32 | ONSCENE | S32 |
| 05/23/2018 | 23:56:01 | cad134 | MISC | A COUPLE OF DAYS AGO RP IS SAYING EX CHOKED HIS GIRLFRIE ND |
| 05/23/2018 | 23:56:25 | $2A35 | ONSCENE | 2A35 |
| 05/23/2018 | 23:57:48 | cad134 | MISC | CORRECTION EX CHOKED RP'S GIRLFRIEND |
| 05/23/2018 | 23:57:53 | cad134 | MISC | PD 97 WITH RP DISC LINE |
| 05/23/2018 | 23:57:54 | cad105 | MISC | 1 DETAINED |
| 05/23/2018 | 23:59:27 | cad106 | MISC | Unit [2A35] Inf Issue Qry 0:ACWL.NAM/REYES,ERICK.DOB/█ █ |
| 05/24/2018 | 00:15:34 | cad105 | CODE4 | 1A32 1A36 2A32 2A35 S31 2A34 |
| 05/24/2018 | 00:15:47 | cad105 | CODE4 | S32 |
| 05/24/2018 | 00:15:52 | cad105 | MISC | C4 CLEAR CHANNEL |
| 05/24/2018 | 00:16:50 | cad102 | CHGLOC | JAIL W/1 2A32 |
| 05/24/2018 | 00:16:50 | cad102 | ENROUTE | 2A32 |
| 05/24/2018 | 00:16:51 | vma01-pd | MISC | ** LOI search completed at 05/24/18 00:16:51 |
| 05/24/2018 | 00:17:04 | cad102 | CHGLOC | JAIL W/1 1A32 |
| 05/24/2018 | 00:17:04 | cad102 | ENROUTE | 1A32 |
| 05/24/2018 | 00:17:04 | vma01-pd | MISC | ** LOI search completed at 05/24/18 00:17:04 |
| 05/24/2018 | 00:17:12 | cad102 | CODE4 | 2A32 |
| 05/24/2018 | 00:17:12 | cad102 | CHGLOC | 701 E MAIN # 307 2A32 |
| 05/24/2018 | 00:17:12 | cad102 | ENROUTE | 2A32 |
| 05/24/2018 | 00:17:12 | vma01-pd | MISC | ** LOI search completed at 05/24/18 00:17:12 |
| 05/24/2018 | 00:18:31 | cad102 | MISC | 2ND I/C |
| 05/24/2018 | 00:20:58 | cad101 | AVMDT | L21 |
| 05/24/2018 | 00:22:01 | $1A32 | ONSCENE | 1A32 |
| 05/24/2018 | 00:24:09 | cad102 | CODE4 | 1A32 |
| 05/24/2018 | 00:24:14 | $2A34 | MISC | Unit [2A34] Inf Issue Qry 0:ACWL.BDG/BY94.NAM/JOHNSON, R OBERT.DOB/█████████.SEX/M |
| 05/24/2018 | 00:24:14 | $2A34 | MISC | Unit [2A34] Inf Issue Qry 0:DQ.NAM/JOHNSON, ROBERT.DOB/█ █████.SEX/M.LIS/AZ |
| 05/24/2018 | 00:24:14 | $2A34 | MISC | Unit [2A34] Inf Issue Qry 0:QW.NAM/JOHNSON, ROBERT.DOB/█ █████.SEX/M |
| 05/24/2018 | 00:24:15 | $2A34 | MISC | Unit [2A34] Inf Issue Qry 0:QN.LNA/JOHNSON.FNA/ROBERT.DO |

```
                                          B/
05/24/2018  00:24:22  $2A34    MISC      Unit [2A34] Inf Issue Qry 0:ACWL.BDG/BY94.NAM/JOHNSON, R
                                         OBERT.DOB ████████ .SEX/M
05/24/2018  00:24:23  $2A34    MISC      Unit [2A34] Inf Issue Qry 0:DQ.NAM/JOHNSON, ROBERT.DOB/█
                                         ███.SEX/M.LIS/AZ
05/24/2018  00:24:23  $2A34    MISC      Unit [2A34] Inf Issue Qry 0:QW.NAM/JOHNSON, ROBERT.DOB/█
                                         ███.SEX/M
05/24/2018  00:24:23  $2A34    MISC      Unit [2A34] Inf Issue Qry 0:QN.LNA/JOHNSON.FNA/ROBERT.DO
                                         B/
05/24/2018  00:25:23  $2A34    MISC      Unit [2A34] Inf Issue Qry 0:DQ..AZ.OLN/███████
05/24/2018  00:25:23  $2A34    MISC      Unit [2A34] Inf Issue Qry 0:DQ.OLN ███████ .LIS/AZ
05/24/2018  00:26:08  5211     ADDMSG    I/LEADS Name QueryQN.LNA/REYES.FNA/ERICK.DOB/██████
```



```
                           ████████ AFR:MVD.DR SummaryMVD.40-01 DR.0
0720A20.AZ0072000.*BDG/------. TXT NAM/REYES, ERICK.DOB
████████     REYESERICK ███████ 5202 S 44TH PL
PHOENIX AZ 85040 07/06/2
016 EXP:03/19/2017M504170BRNBRN ████████████████████ OLT:O
PERATOR CLASS D PREV LIC: ████████     PRE
V ST: AZ D08120800 AZ MAJOR
PRIOR IN 5 YEARS ███████ AZM
VD.40-01 DR.00720A20.AZ0072000.*BDG/------. TXT NAM/REY
ES, ERICK.DOB ██████     NAME:ERICK REYES
DOB:████████     RCPT#:M155914 ADDR:5202
```

S 44TH PL PHOENIX
AZ 85040 ISSUE DT:07/06/2016 EXP:03/19/2017
SEX:M HGT:504 WGT:170 HAIR:BRN EYE:BRN OLN:█████
SSN:████ OLT:OPERATOR CLASS D PREV LIC:███
█████ PREV ST: AZ ███████
AZ MAJOR PRIOR IN 5 YEARS
█████ AZ AFR:MVD
.DR SummaryMVD.40-01 DR.00720A60.AZ0072000.*BDG/------.
TXT NAM/REYES, ERICK.DOB█████ REYESERICK█████52
02 S 44TH PL PHOENIX
AZ 85040 07/06/2016 EXP:03/19/2017M504170BRNBRN
███████████OLT:OPERATOR CLASS D PREV LIC:███
███ PREV ST: AZ ███
AZ MAJOR PRIOR IN 5 YEARS ███████
AZMVD.40-01 DR.00720A60.AZ0072000.
*BDG/------. TXT NAM/REYES, ERICK.DOB/████ NAME:ER
ICK REYES DOB:███████
RCPT#:M155914 ADDR:5202 S 44TH PL
PHOENIX AZ 85040 ISSUE DT:07/06/
2016 EXP:03/19/2017 SEX:M HGT:504 WGT:170 HAIR:BRN
EYE:BRN OLN:███ SSN:██████ OLT:OPERATO
R CLASS D PREV LIC:█████ PREV ST:
AZ ███████ AZ MA
JOR PRIOR IN 5 YEARS ███████
AZ I/LEADS Name QueryQN.LNA/REYES.FNA/ERI
CK.DOB/



██████████████████████████████████████

███████████████████████████████ AFR:MVD.DR Summa
ryMVD.40-01 DR.00720X30.AZ0072000. TXT OLN/████████ J
OHNSONROBERT█████████ 118 N EXTENSION RD APT 228
MESA AZ 85201 00/00/0000 EXP:
00/00/0000MUNKUNK███████████████ OLT:NO LICENSE PRE
V LIC:███████████████ PREV ST: IL STATUS
SUSPENSION - MVD ACTION REQUIRED *** NO DIGITAL IMAGE
AVAILABLE ***MVD.40-01 DR.00720X30.AZ0072000. TXT OLN/
████████████ NAME:ROBERT L JOHNSON
DOB:██████████ RCPT#:UNKNOWN ADDR:118 N EXTENSION
RD APT 228 MESA AZ 852
01 ISSUE DT:00/00/0000 EXP:00/00/0000 SEX:M HGT:
WGT: HAIR:UNK EYE:UNK OLN:████████████ SSN:████████
████ OLT:NO LICENSE PREV LIC:████████████
PREV ST: IL STATUS SUSPENSION - MVD ACTION REQUI
RED *** NO DIGITAL IMAGE AVAILAB
LE ***

| Date | Time | Unit | Type | Description |
|------|------|------|------|-------------|
| 05/24/2018 | 00:26:08 | $2A34 | MISC | Unit [2A34] Inf Issue Qry 0:DQP..AZ.OLN██████████ |
| 05/24/2018 | 00:28:44 | cad102 | DISPOSTN | DC1 |
| 05/24/2018 | 00:28:44 | cad102 | MISC | Disposition DC1 assigned |
| 05/24/2018 | 00:28:44 | cad102 | MISC | ** >>>> by: JOANNA E. CAMPBELL on terminal: cad102 |
| 05/24/2018 | 00:41:55 | cad102 | AVMDT | 2A32 Preempt Unit 2A32 |
| 05/24/2018 | 00:41:55 | cad102 | MISC | Preempt Unit 2A32 |
| 05/24/2018 | 00:45:34 | cad105 | MISC | System Unit Alarm |
| 05/24/2018 | 00:45:34 | cad105 | MISC | System Unit Alarm |
| 05/24/2018 | 00:45:34 | cad105 | MISC | System Unit Alarm |
| 05/24/2018 | 00:45:34 | cad105 | MISC | System Unit Alarm |
| 05/24/2018 | 00:45:47 | cad105 | MISC | System Unit Alarm |
| 05/24/2018 | 00:47:43 | $2A35 | AVMDT | 2A35 906 |
| 05/24/2018 | 00:47:43 | $2A35 | MISC | 906 |
| 05/24/2018 | 00:47:54 | $S31 | AVMDT | S31 |
| 05/24/2018 | 00:50:02 | $S32 | AVMDT | S32 |
| 05/24/2018 | 00:51:49 | cad102 | CONTACT | 2A34 Alarm Timer Extended: 0 |
| 05/24/2018 | 00:51:49 | cad102 | CONTACT | 1A36 Alarm Timer Extended: 0 |
| 05/24/2018 | 00:51:49 | cad102 | MISC | Alarm Timer Extended: 0 |
| 05/24/2018 | 00:51:49 | cad102 | MISC | Alarm Timer Extended: 0 |
| 05/24/2018 | 00:52:13 | $1A32 | AVMDT | 1A32 906 |
| 05/24/2018 | 00:52:14 | $1A32 | MISC | 906 |
| 05/24/2018 | 00:54:55 | cad102 | CHGLOC | JAIL W/15 2A34 |
| 05/24/2018 | 00:54:55 | cad102 | ENROUTE | 2A34 |
| 05/24/2018 | 00:54:55 | vma01-pd | MISC | ** LOI search completed at 05/24/18 00:54:55 |
| 05/24/2018 | 00:56:40 | cad102 | MISC | ** Cross Referenced to Event # P20181440023 at: 05/24/18 00:56:40 |

05/24/2018

Mesa/Johnson 000015

```
           00:56:40  cad102    MISC      ** >>>> by: SHERRI . MACDONALD on terminal: cad102
05/24/2018  01:36:46  cad102    CODE4     2A34
05/24/2018  02:01:39  $1A36     AVMDT     1A36 906C
05/24/2018  02:01:39  $1A36     MISC      906C
05/24/2018  02:06:46  cad211    MISC      System Unit Alarm
05/24/2018  02:07:17  cad102    CONTACT   2A34 Alarm Timer Extended: 0
05/24/2018  02:07:17  cad102    MISC      Alarm Timer Extended: 0
05/24/2018  06:21:57  cad102    AVMDT     2A34 Preempt Unit 2A34
05/24/2018  06:21:57  cad102    MISC      Event P20181430828 Dispatch Assigned
05/24/2018  06:21:57  cad102    MISC      Preempt Unit 2A34
05/24/2018  06:22:57  cad102    MISC      HOLDING FOR COMMENTS
05/24/2018  06:35:19  cad102    DISPATCH  2A34
05/24/2018  06:35:19  cad102    BADGES    OFF 1: 16927 - JONES, JHONTE
05/24/2018  06:35:23  cad102    CHGLOC    19-2 2A34
05/24/2018  06:35:23  cad102    ENROUTE   2A34
05/24/2018  06:35:24  vma01-pd  MISC      ** LOI search completed at 05/24/18 06:35:24
05/24/2018  06:35:26  cad102    CODE4     2A34
05/24/2018  06:36:48  $2A34     ONSCENE   2A34
05/24/2018  06:40:01  cad102    CODE4     2A34
05/24/2018  07:10:01  cad102    MISC      System Unit Alarm
05/24/2018  07:10:23  cad102    CONTACT   2A34 Alarm Timer Extended: 0
05/24/2018  07:10:23  cad102    MISC      Alarm Timer Extended: 0
05/24/2018  09:36:23  cad102    CHGLOC    33 S ASHLAND 2A34
05/24/2018  09:36:23  cad102    ENROUTE   2A34
05/24/2018  09:36:23  vma01-pd  MISC      ** LOI search completed at 05/24/18 09:36:23
05/24/2018  09:36:24  cad102    CODE4     2A34
05/24/2018  10:06:24  cad102    MISC      System Unit Alarm
05/24/2018  10:06:52  cad102    CONTACT   2A34 Alarm Timer Extended: 0
05/24/2018  10:06:52  cad102    MISC      Alarm Timer Extended: 0
05/24/2018  11:01:42  $2A34     AVMDT     2A34
05/24/2018  11:01:42  $2A34     CLOSE
05/24/2018  11:01:42  $2A34     DISPOSTN  DC1
```

**UNIT / OPER ASSIGNMENTS:**

| EQUIPMENTID | OPERATORID | NAME |
|---|---|---|
| cad102 | 17882 | CAMPBELL, JOANNA E. |
| 1A32 | 11836 | CALDERON, ERNESTO L. |
| 2A32 | 21672 | MONARREZ, RUDY |
| 2A34 | 16927 | JONES, JHONTE L. |
| S32 | 14192 | MOORE, GRETCHEN M. |
| L21 | 16729 | STIERS, DAVID M. |
| 2A35 | 19200 | WILCOX, CHRISTINA |
| $S31 | 19170 | GAMBEE, ROBERT |
| S31 | 19170 | GAMBEE, ROBERT |
| S31 | 12348 | ABBIATTI II, WILLIAM M. |
| 1A36 | 16249 | BRIDGES, EDWARD L. |

| | | |
|---|---|---|
| cad102 | 20502 | CHRISTOFFERSON, TAMMY |
| cad134 | 17102 | ROSA, JULIE L. |
| vma01-pd | 17102 | ROSA, JULIE L. |
| $2A35 | 19200 | WILCOX, CHRISTINA |
| cad105 | 14993 | NIX, STEPHANIE M. |
| cad106 | 20502 | CHRISTOFFERSON, TAMMY |
| vma01-pd | 17882 | CAMPBELL, JOANNA E. |
| $2A34 | 16927 | JONES, JHONTE L. |
| $1A32 | 11836 | CALDERON, ERNESTO L. |
| cad102 | 18898 | MACDONALD, SHERRI . |
| $1A36 | 16249 | BRIDGES, EDWARD L. |
| cad211 | 17263 | TSCHUDY, BRIAN |
| vma01-pd | 20502 | CHRISTOFFERSON, TAMMY |
| cad102 | 17863 | SOULE, MARCIE |
| vma01-pd | 10088 | MODRICK, MARCY |
| cad102 | 10088 | MODRICK, MARCY |

LAST PAGE
305 RECORDS SELECTED

***TO BE RELEASED ONLY BY RECORDS***

**EXHIBIT 4**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Robert Johnson, an          ) No. 2:19-CV-02827-JAT-JZB
individual,                 )
                            )
                            )
            Plaintiff,      )
                            )
vs.                         )
                            )
City of Mesa, et al.,       )
                            )
                            )
            Defendants.     )
_____)

VIDEOTAPED DEPOSITION OF JHONTE JONES

Phoenix, Arizona
January 8, 2020
9:33 a.m.

DONNA DELAVINA REPORTING, LLC
Arizona RRF No. R1010
313 North Gilbert Road
Suite 300
Gilbert, Arizona 85234
PREPARED BY:                    P (602) 230-5454
                                F (480) 546-3721
Donna DeLaVina, RPR             www.dlvreporting.com
Certified Reporter
Certificate No. 50468

JHONTE JONES  JANUARY 08, 2020

1  that he was under arrest?

2      A.  Not that I recall, no, sir.

3      Q.  Before using force, did you ever tell him he

4  wasn't free to leave?

5              MS. RETTS:  Form.

6              THE WITNESS:  I don't recall telling him

7  that, no, sir.

8      Q.  BY MR. SHOWALTER:  The next sentence in your

9  report says, "I asked if he had any weapons on him and

10  he stated he had a knife in his right front trouser

11  pocket."

12              Did I read that correctly?

13      A.  I'm locating that sentence real quick, sir.

14              Okay.

15              Yes, sir.

16      Q.  Did Robert Johnson do anything to resist your

17  frisk, your search of him?

18      A.  Not that I can recall, no, sir.

19      Q.  In fact, he volunteered that he thought he had

20  a knife that he didn't actually have, true?

21      A.  Yes, sir.

22      Q.  And you note in your report that Johnson was

23  holding a cell phone up to his ear when you tapped him

24  on the side and asked him to have a seat on the floor.

25              Did I read that correctly?

1  do.

2          And so, in essence, it doesn't -- it did

3  not hurt my feelings or make me feel disrespected.

4  I've been treated very badly, you know, throughout the

5  years.  It's been a lot of years.  But, no, this is

6  not -- this is nothing that would make me feel

7  disrespected.

8      Q.  Yeah.  But when he -- when you asked him if you

9  could search him, he did cooperate and was attentive to

10  that, fair?

11          MS. RETTS:  Form.

12          MS. STILLWELL:  Join.

13          MS. ALVARADO:  Join.

14          THE WITNESS:  I was able to perform a

15  Terry frisk, yes, sir.

16      Q.  BY MR. SHOWALTER:  And my question was he paid

17  attention to what you were doing and responded to what

18  you were doing?

19          MS. RETTS:  Form.

20          THE WITNESS:  He was --

21          MS. ALVARADO:  Form.

22          MS. STILLWELL:  Form.

23          THE WITNESS:  He allowed me to perform a

24  Terry frisk, yes, sir.

25      Q.  BY MR. SHOWALTER:  And even called your

1  attention to the fact that he believed he had a knife

2  in his right front pocket?

3          MS. RETTS:  Form.

4          THE WITNESS:  Yes, sir.

5      Q.  BY MR. SHOWALTER:  And the fact that he calls

6  your attention to that and allowed you to search him,

7  was there anything about him doing that that made you

8  feel like you were in danger because of him?

9          MS. RETTS:  Form.

10          MS. STILLWELL:  Form.

11          MS. ALVARADO:  Join.

12          THE WITNESS:  I don't know if that's a

13  fair question.  And I'll explain why.

14      Q.  BY MR. SHOWALTER:  Explain why.

15      A.  I don't feel not in danger with -- it could be

16  a 90-year-old grandmother, but until I have established

17  that -- or at least to the best of my ability,

18  established that she doesn't have the means to hurt me

19  or whoever I'm there with, then I don't feel safe or

20  that there's no danger with whoever I'm contacting.

21      Q.  But the fact that you have that subjective

22  feeling doesn't give you the right to -- strike that.

23          So in the state of Arizona, it's an open

24  carry state and even a concealed carry state with

25  respect to firearms and knives, right?

1  asked him to go to the corner and go have a seat, yes,

2  sir.

3      Q.  BY MR. SHOWALTER:  Well, was it --

4      A.  Or at least to move over to the corner.

5      Q.  Yeah.  I mean, I guess my curiosity is this

6  wasn't a situation where -- did Robert Johnson do

7  anything to prevent you from completing the search that

8  you performed?

9      A.  He didn't do anything to hinder my frisk, if

10  that's what you're asking, no, sir.

11      Q.  And you didn't stop frisking him before you

12  were satisfied that he wasn't armed, did you?

13      A.  I performed a frisk and checked the areas that

14  weapons are likely to be kept.

15      Q.  And so once you finished it, you were confident

16  that he did not have any weapons?

17              MS. RETTS:  Form.

18              THE WITNESS:  I performed a frisk and I

19  did not locate any weapons in the areas that I frisked.

20      Q.  BY MR. SHOWALTER:  Okay.  Did you have any

21  reason to believe that he had weapons hidden somewhere

22  on his person, after the frisk?

23      A.  I was not certain if he did or did not at that

24  point.  I just was not able to locate any weapons in

25  the areas that I frisked.

1  Mr. Johnson was potentially the male that was with

2  Mr. Reyes.

3      Q.  BY MR. SHOWALTER:  What information did you

4  have that Robert Johnson had committed a crime at the

5  time when you told him to sit down?

6              MS. RETTS:  Form.

7              MS. ALVARADO:  Join.

8              THE WITNESS:  I did not have any

9  information to a specific crime at the time.

10     Q.  BY MR. SHOWALTER:  Did you have a specific

11 belief that he had committed a crime at that time?

12     A.  I had a belief that he was with the person that

13 may have been involved with the person who was

14 described as being the aggressor or the -- I guess you

15 would call it -- yeah, the aggressor on the call or the

16 person who reported it, yes, sir.

17     Q.  BY MR. SHOWALTER:  But as to Robert Johnson,

18 when you told him to sit down, you had no specific

19 information that led you to believe that he committed

20 any crime, fair?

21     A.  At the time, I did not know whether Mr. Johnson

22 had committed a crime or had been involved in any crime

23 committed prior to me going there.  I just knew he was

24 with the person described by the RP.

25     Q.  And I just want to phrase it really

1  specifically, which is you had no specific information

2  that led you to believe that Robert Johnson had

3  committed a crime?

4       MS. RETTS:  Form.

5       MS. STILLWELL:  Form.

6       MS. ALVARADO:  Join.

7       THE WITNESS:  I didn't have any specific

8  information about a crime that Mr. Johnson had

9  committed.  That doesn't mean I, you know -- I don't

10 know exactly what happened before that, which is why we

11 are there.

12    Q.  BY MR. SHOWALTER:  Yeah.

13       So after you said he didn't want to sit

14 down, what did Robert Johnson do that appeared to be

15 confrontation and verbally defiant?

16    A.  Okay.  So Mr. Johnson, he remained standing up.

17 His general demeanor, if you would like me to elaborate

18 on his demeanor?

19    Q.  Sure.

20    A.  So his general demeanor, his stance, the way he

21 was standing with his back braced against the wall, his

22 foot positioning, things of that sort, told me that, in

23 my training and experience, told me that, hey, this --

24 he's being -- I'm not going to be say difficult, but

25 being confrontational.  In other words, his mind isn't

1   STATE OF ARIZONA       ) SS.
                           )
2   COUNTY OF MARICOPA     )

3

4        BE IT KNOWN that the foregoing proceedings
    were taken before me, DONNA DELAVINA, Certified
5   Reporter No. 50468; that the witness before testifying
    was duly sworn by me to testify to the whole truth;
6   that the foregoing 307 pages are a full, true and
    accurate record of the proceedings, all done to the
7   best of my skill and ability; that the proceedings were
    taken down by me in shorthand and thereafter reduced to
8   print under my direction.

9        [X]  Review and signature was requested.

10       [ ]  Review and signature was waived.

11       [ ]  Review and signature not required.

12       I CERTIFY that I am in no way related to any
    of the parties thereto nor am I in any way interested
13  in the outcome hereof.

14       I FURTHER CERTIFY that I have complied with
    the ethical obligations set forth in ACJA 7-206.  DATED
15  at Phoenix, Arizona, this 21st day of January, 2020.

16

17            Donna DeLaVina, RPR
              Certified Reporter
18            Certificate No. 50468

19            *    *    *    *    *    *

20

21       I CERTIFY that DONNA DELAVINA REPORTING, LLC, has
    complied with the ethical obligations set forth in ACJA
22  7-206.

23

24            Donna DeLaVina, RPR, Owner
              Donna DeLaVina Reporting, LLC
25            Arizona RRF No. R1010

**EXHIBIT 6**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA


Robert Johnson, an          ) No. 2:19-CV-02827-JAT-JZB
individual,                 )
                            )
                            )
            Plaintiff,      )
                            )
vs.                         )
                            )
City of Mesa, et al.,       )
                            )
                            )
            Defendants.     )
_____)




VIDEOTAPED DEPOSITION OF ERNESTO CALDERON

Phoenix, Arizona
February 3, 2020
1:04 p.m.









                              DONNA DELAVINA REPORTING, LLC
                               Arizona RRF No. R1010
                               313 North Gilbert Road
                                    Suite 300
                              Gilbert, Arizona 85234
PREPARED BY:                   P (602) 230-5454

Donna DeLaVina, RPR            F (480) 546-3721
Certified Reporter            www.dlvreporting.com
Certificate No. 50468

ERNESTO CALDERON  FEBRUARY 03, 2020

 1  I'm interested in your capacity to read minds.  What is
 2  it that allowed you to perceive that he wanted to but
 3  decided at some point not to, hesitantly, in your
 4  words?
 5          MS. STILLWELL:  Form.
 6          THE WITNESS:  By no means did I ever say I
 7  was a mind reader.
 8      Q.  BY MR. ROBBINS:  Okay.  Okay.
 9      A.  His actions.  The way he looked at the
10  elevator, the way he looked back at me, that's it.  He
11  thought about it.  I'm thinking -- my opinion was that
12  he thought about getting on the elevator, he just
13  didn't.
14      Q.  Okay.  But he didn't, right?
15      A.  Correct.
16      Q.  And then did he verbally threaten you at that
17  point?
18          MS. STILLWELL:  Form.
19          THE WITNESS:  No.
20      Q.  BY MR. ROBBINS:  Did he physically -- did he
21  brandish a knife or a gun --
22          MS. STILLWELL:  Form.
23      Q.  BY MR. ROBBINS:  -- at any point?
24          MS. STILLWELL:  Form.
25          THE WITNESS:  No.

ERNESTO CALDERON   FEBRUARY 03, 2020

1   Q.  BY MR. ROBBINS:  Maybe you didn't hear.  I

2   asked whether or not at the time that he was beaten, he

3   was not under arrest, correct?

4              MS. STILLWELL:  Form.

5              MS. RETTS:  Form.

6              THE WITNESS:  At the time of the

7   appropriate use of force, no, he was not under arrest.

8   He was being detained.

9   Q.  BY MR. ROBBINS:  And there was no probable

10  cause to believe that he had committed a crime,

11  correct?

12             MS. STILLWELL:  Form.

13             MS. RETTS:  Form; foundation.

14             MS. STILLWELL:  Foundation.

15             THE WITNESS:  We were working on that.

16  The investigation was still processing.

17  Q.  BY MR. ROBBINS:  So at the time of the beating,

18  there was not probable cause to believe that he would

19  be arrested, correct?

20             MS. STILLWELL:  Form and foundation.

21             THE WITNESS:  At the time of the use of

22  force, we didn't have probable cause to arrest him, but

23  we had a right to detain him.

24             MR. ROBBINS:  That's all the questions I

25  have.

```
 1  STATE OF ARIZONA      ) SS.
                          )
 2  COUNTY OF MARICOPA    )

 3

 4        BE IT KNOWN that the foregoing proceedings
    were taken before me, DONNA DELAVINA, Certified
 5  Reporter No. 50468; that the witness before testifying
    was duly sworn by me to testify to the whole truth;
 6  that the foregoing 209 pages are a full, true and
    accurate record of the proceedings, all done to the
 7  best of my skill and ability; that the proceedings were
    taken down by me in shorthand and thereafter reduced to
 8  print under my direction.

 9              [X]  Review and signature was requested.

10              [ ]  Review and signature was waived.

11              [ ]  Review and signature not required.

12        I CERTIFY that I am in no way related to any
    of the parties thereto nor am I in any way interested
13  in the outcome hereof.

14        I FURTHER CERTIFY that I have complied with
    the ethical obligations set forth in ACJA 7-206.  DATED
15  at Phoenix, Arizona, this 11th day of February, 2020.

16

17              Donna DeLaVina, RPR
                Certified Reporter
18              Certificate No. 50468

19              *    *    *    *    *    *
20

21        I CERTIFY that DONNA DELAVINA REPORTING, LLC, has
    complied with the ethical obligations set forth in ACJA
22  7-206.

23

24              Donna DeLaVina, RPR, Owner
                Donna DeLaVina Reporting, LLC
25              Arizona RRF No. R1010
```

**EXHIBIT 7**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Robert Johnson,                     )
                                    )
          Plaintiff,                )
                                    )
vs.                                 )Case No.:
                                    )2:19-cv-02827-JAT-JBZ
City of Mesa, a municipality;       )
Jhonte Jones, an individual;        )
Rudy Monarrez, an individual;       )
and Ernesto Calderon, an            )
individual,                         )
                                    )
          Defendants.               )
                                    )

VIDEO-RECORDED DEPOSITION OF ROBERT JOHNSON

Tempe, Arizona
December 19, 2019
9:06 a.m.

REPORTED BY:
Kristy A. Ceton, RPR
AZ Certified Court Reporter No. 50200

1      Q.   Did they establish paternity?

2      A.   No.  Because they said at the hospital

3  they gave me a document and I never received nothing

4  like that.  And I had asked the company to send me

5  that document that they said that I supposedly

6  signed.  And when I looked at it, it wasn't my -- it

7  was my name at the bottom, but it wasn't the way I

8  write, if that make any sense.

9      Q.   Okay.  Did you sign her birth

10  certificate?

11      A.   That's the point.  I never got no

12  paperwork when I was in the hospital.

13      Q.   Okay.  So back to May 23rd.

14      A.   Now, yes.

15      Q.   You said you went downstairs to smoke,

16  correct?

17      A.   Yes.

18      Q.   And how long were you downstairs?

19      A.   Roughly, I'd say about 10 minutes.

20      Q.   Now, you said you didn't smoke marijuana?

21      A.   I didn't say I didn't.  I said I don't

22  anymore.

23      Q.   Did you smoke marijuana on May 23rd,

24  2018?

25      A.   No.

1        Q.   Did you drink alcohol on May 23rd, 2018?

2        A.   No.  Didn't need to at the time.  I was

3  too -- like I said, I was too high off of being

4  excited from my daughter being -- a new birth being

5  in this world.

6        Q.   And did you take any medications that

7  day?

8        A.   I didn't need medication.

9        Q.   And did you take --

10       A.   I was fully in good health.

11       Q.   And did you take any allergy medication?

12       A.   You don't need allergy medicine if you're

13  in good health.

14       Q.   Any Tylenol or ibuprofen that day?

15       A.   No.  I don't even like taking pills.  I'm

16  just going to just be honest with you.  I hate pills.

17  Pills is just the same thing that's causes ulcers.  I

18  don't like to be...

19          MR. ROBBINS:  Is that a no?

20          THE WITNESS:  That's a no, sir.

21       Q.   BY MS. STILLWELL:  Do you have ulcers?

22       A.   No.

23       Q.   Okay.  Now, after you went downstairs,

24  how long were you down there?

25       A.   Roughly about 8 to 10 minutes.

**EXHIBIT 8**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA


Robert Johnson, an          ) No. 2:19-CV-02827-JAT-JZB
individual,                 )
                            )
                            )
            Plaintiff,      )
                            )
vs.                         )
                            )
City of Mesa, et al.,       )
                            )
                            )
            Defendants.     )
_____)




VIDEOTAPED DEPOSITION OF RUDY MONARREZ

Phoenix, Arizona
February 4, 2020
1:05 p.m.










                         DONNA DELAVINA REPORTING, LLC
                          Arizona RRF No. R1010
                          313 North Gilbert Road
                               Suite 300
                          Gilbert, Arizona 85234
PREPARED BY:               P (602) 230-5454
                           F (480) 546-3721
Donna DeLaVina, RPR
Certified Reporter
Certificate No. 50468       www.dlvreporting.com

1 | he's not looking at Officer Jones, correct?

2 |       MS. STILLWELL:  Form.

3 |       THE WITNESS:  No.  It was directed towards

4 | me.

5 |   Q.  BY MR. ROBBINS:  Okay.  And, at that point, did

6 | he say anything like, I'm going to get you first?  Or

7 | did he make a threat towards you?

8 |       MS. ALVARADO:  Form.

9 |       THE WITNESS:  Like a direct threat?

10 |   Q.  BY MR. ROBBINS:  Yeah, a direct threat.

11 |   A.  Not that I recall, no.

12 |   Q.  Now, you had heard, at least on the video,

13 | where he said something to the effect of being

14 | retarded.

15 |       Do you remember hearing it that night?

16 |       MS. STILLWELL:  Form.

17 |       MS. ALVARADO:  Form.

18 |       THE WITNESS:  I don't remember hearing it

19 | that night.

20 |   Q.  BY MR. ROBBINS:  Okay.  And as of the time that

21 | you have come up in the elevator -- does your -- I

22 | don't know if your radio is like a telephone.

23 | Sometimes if I'm in an elevator I won't get a phone

24 | signal.  Is it the same with your radios?

25 |   A.  I've never had an issue --

1   STATE OF ARIZONA        ) SS.
                            )
2   COUNTY OF MARICOPA      )

3

4        BE IT KNOWN that the foregoing proceedings
    were taken before me, DONNA DELAVINA, Certified
5   Reporter No. 50468; that the witness before testifying
    was duly sworn by me to testify to the whole truth;
6   that the foregoing 110 pages are a full, true and
    accurate record of the proceedings, all done to the
7   best of my skill and ability; that the proceedings were
    taken down by me in shorthand and thereafter reduced to
8   print under my direction.

9            [X]  Review and signature was requested.

10           [ ]  Review and signature was waived.

11           [ ]  Review and signature not required.

12       I CERTIFY that I am in no way related to any
    of the parties thereto nor am I in any way interested
13  in the outcome hereof.

14       I FURTHER CERTIFY that I have complied with
    the ethical obligations set forth in ACJA 7-206.  DATED
15  at Phoenix, Arizona, this 12th day of February, 2020.

16
    _____
17           Donna DeLaVina, RPR
             Certified Reporter
18           Certificate No. 50468

19            *    *    *    *    *    *

20

21       I CERTIFY that DONNA DELAVINA REPORTING, LLC, has
    complied with the ethical obligations set forth in ACJA
22  7-206.

23
    _____
24           Donna DeLaVina, RPR, Owner
             Donna DeLaVina Reporting, LLC
25           Arizona RRF No. R1010

**EXHIBIT 9**

# MESA ARREST / BOOKING RECORD

PCN #: 2802177851

| | |
|---|---|
| Jail Booking No. **622624** | Cell: **I2** |
| Bureau/Jacket No: **242140** | MedicalAlerts: **245** |
| | Booking Type: **B-MIS** |
| Date/Time Booked **05/24/2018 0:30** | SID# **AZ** |

Property#: **21**

☐ Buccal

☐ Black Cards

05-24-2018

## PERSONAL INFORMATION

| Last Name | First Name: | Middle Name: | Gen: |
|---|---|---|---|
| **JOHNSON** | **ROBERT** | **LEE** | **JR** |

| DOB: | Age: 35 | Home Address | ☐ Transient | | | | | |
|---|---|---|---|---|---|---|---|---|

| Race: | Sex: | HT: | WT | Hair: | Eye: | POB: | Ctz: | SSN: | Home Phone No: |
|---|---|---|---|---|---|---|---|---|---|
| **Black** | **MALE** | **601** | **185** | **BRN** | **BRO** | **IL** | **US** | | |

## ARREST INFORMATION

| Arrest Date/Time | Arrest Location | Arresting Officer: | ID No: |
|---|---|---|---|
| 05/23/2018 2357 | 701 E. MAIN ST MESA, AZ | JONES | 16927 |

## ADDITIONAL INFORMATION

| Occupation: | Employer Name | Business Address | Business Phone No: |
|---|---|---|---|
| | | | |

| Nearest Relative Name | Relationship: | Relationship Address: | Relationship Phone No: |
|---|---|---|---|
| | | | |

**ALIAS:** 2802177851

**BODY MARKS:**

## CHARGE INFORMATION

**HOLD:** DR# **20181430828**

| Agency ORI | Agency Name | Warrant # | Charge | Issue Date | Court/Agency | Bond Amt. | Cash Only |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

HOLDS BOND TOTAL: **$0.00**

DR# **20181430828** — 1018037712

| C H G 1 | Counts: 1 | Charge Descr: HINDERING PROSECUTI | ARS/Print Type: 13-2511A 1 | Class: C1M | Violation Date: 05/23/2018 | Warrant/Citation No: 2013188 | Court Jurisdiction: MESA CITY |
|---|---|---|---|---|---|---|---|
| | Bond Amt: $500.00 | Issued by Judge | Issued Date: | Initial Appearance By: TAD | Initial Date: 5-24-18 | Release Info: | Future Date: |

| C H G 2 | Counts: 1 | Charge Descr: DISORDERLY CONDUCT | ARS/Print Type: 13-2904A1 1 | Class: C1M | Violation Date: 05/23/2018 | Warrant/Citation No: 2013188 | Court Jurisdiction: MESA CITY |
|---|---|---|---|---|---|---|---|
| | Bond Amt: $500.00 | Issued by Judge | Issued Date: | Initial Appearance By: | Initial Date: | Release Info: | Future Date: |

CHARGE BOND TOTAL: **$1,000.00**

## RELEASE INFORMATION

| ☑ Prisoner Release | Date/Time Released: 5/24 14:46 |
|---|---|
| Released by: M.Bride | Badge# 21697 |
| Released to: | Badge# |

Mesa/Johnson 000134

**EXHIBIT 10**

RECEIVED

JUN 13 2018

MESA MUNICIPAL COURT

1  **MESA CITY PROSECUTOR'S OFFICE**
   250 E. First Avenue, Ste. 222, P.O. Box 1466
2  Mesa, Arizona  85211-1466
   (480) 644-2210 (T); (480) 644-2584 (F)
   John L. Belatti (SBN: 020371)
3

4              **IN THE MUNICIPAL COURT OF MESA**

               **COUNTY OF MARICOPA, STATE OF ARIZONA**
5

6  STATE OF ARIZONA,

               Plaintiff,                    Case No. 2018037712
7
   vs.
8                                            **STATE'S MOTION TO DISMISS**
                                             **WITHOUT PREJUDICE**
   ROBERT LEE JOHNSON,
9
               Defendant.
10

11         COMES NOW the State of Arizona, through undersigned counsel, and hereby

12  moves to dismiss the above-numbered complaint without prejudice for the reason that

13  from the facts presented dismissal is in the interests of justice.

14         RESPECTFULLY SUBMITTED this 13th day of June, 2018.

15                                      MESA CITY PROSECUTOR'S OFFICE

16                                      _____
                                        John L. Belatti
17  **ORIGINAL** filed this            Mesa City Prosecutor
    13th day of June 2018, with:
18
    Clerk of Mesa Municipal Court
19
    **COPY** mailed/delivered this
20  13th day of June 2018, to:

21  Robert Lee Johnson
    719 E Main St #17
22  Mesa, AZ 85201

23
    By: _____
24

25

Mesa/Johnson 000544

# Court - Disposition

The court is not liable for inaccurate or untimely information, for misinterpretation or misuse of the data, and disclosure of the information to a third party is done at their own risk. An official version of the case file is available at the court.

Este Tribunal no será responsable en caso de que la información obtenida contenga errores o sea dada a destiempo, sea malinterpretada o sea usada indebidamente y la revelación de esta información a terceras personas será bajo su propio riesgo. Una versión oficial del expediente del caso esta disponible en el tribunal.

🖶 Print this page

## Case Information

**Name:** Johnson, Robert

**Case Type:** Criminal

**Case Number:** 2018037712

**Report Date:** 6/27/2018

## Violations

| | | | |
|---|---|---|---|
| **Violation Code:** | 13-2904A1 | **Description:** | |
| DISORDERLY CONDUCT- FIGHTING | | | |
| **Date of Violation:** | 5/23/2018 | | |
| **Date of Disposition:** | 6/14/2018 | **Disposition:** | Dismissed |

| | | | |
|---|---|---|---|
| **Violation Code:** | 13-2511A | **Description:** | HINDERING PROSECUTION |
| **Date of Violation:** | 5/23/2018 | | |
| **Date of Disposition:** | 6/14/2018 | **Disposition:** | Dismissed |

## Sentencing Information

Current Balance: $0.00

Payments are current

# Court - Event Inquiry

The event inquiry page displays up to five (5) previous court dates and/or motions filed with the court for the selected case. If you want more information you will need to call the Mesa Municipal Court at 480-644-2255 during business hours.

**Defendant Name:** ROBERT JOHNSON
**Case Number:** 2018037712

## Next Court Date

**There are no scheduled court dates or motions for this case.**

## Previous Court Dates/Motions

| Sessions & Motions | Date | Result | Result Date |
|---|---|---|---|
| ARRAIGNMENT | June 19, 2018 | VACATED | June 14, 2018 |
| ARRAIGNMENT | June 19, 2018 | VACATED | June 14, 2018 |
| NOTICE - APPEARANCE | June 14, 2018 | | |
| MOTION - STATE | June 13, 2018 | GRANTED | June 14, 2018 |
| ARRAIGNMENT | May 24, 2018 | HELD | May 24, 2018 |

- Home (http://mesaaz.gov)
- About Us (http://mesaaz.gov/aboutus)
- Residents (http://mesaaz.gov/residents)
- Contact Us (http://mesaaz.gov/contactus)
- Site Map (http://mesaaz.gov/sitemap)

- City Hall (http://mesaaz.gov/cityhall)
- Business (http://mesaaz.gov/business)
- Things To Do (http://mesaaz.gov/todo)

 (http://mesaaz.gov)

© 2018 - City of Mesa, AZ